FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. PECARO,<br><br>   Petitioner,<br><br>  v.<br><br>W. J. SULLIVAN, Warden,<br><br>   Respondent. | NO. CV 07-8100 RGK (FMO)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

  1. Judgment shall be entered dismissing the action with prejudice.

  2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: _August 27_, 2008.

                     _____
                     R. GARY KLAUSNER
                     UNITED STATES DISTRICT JUDGE