FILED
CLERK, U.S. DISTRICT COURT

AUG 2 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. PECARO,<br><br>        Petitioner,<br><br>        v.<br><br>W. J. SULLIVAN, Warden,<br><br>        Respondent. | NO. CV 07-8100 RGK (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 27, 2008.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE